# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1736

_____

Yusef Brown,                              *
                                          *
        Appellant,                        *
                                          *   Appeal from the United States
    v.                                    *   District Court for the
                                          *   District of Minnesota.
Scott Fisher,                             *
                                          *   [UNPUBLISHED]
        Appellee.                         *

_____

Submitted: October 26, 2011
Filed: October 31, 2011

_____

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Federal inmate Yusef Brown appeals the district court's[1] order dismissing with prejudice his 28 U.S.C. § 2241 petition for lack of jurisdiction. Following careful review, we affirm for the reasons provided by the district court. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jeffrey J. Keyes, United States Magistrate Judge for the District of Minnesota.